## Wilhelmina Wade, Appellant, v. Victory Mutual Life Insurance Company, Appellee.

### Gen. No. 42,150. 

Heard in first division, first district, this court at February term, 1942; opinion filed November 30, 1942. Nelson, Slater & Boodell, for appellant; Drennan J. Slater, of counsel; William H. Haynes, for appellee. Opinion by JUSTICE O'CONNOR. ''Not to be published in full.''